# BURGER GREEN & MIN LLP

Barbara Burger
Nancy Green
Richard Min
Michael Banuchis
Robert Arenstein, *Of Counsel*
Brooke Camhi, *Of Counsel*

420 Lexington Avenue
Suite 2834
New York, New York 10170
T. 212.681.6400
F. 212.681.6999
www.bgmlaw-nyc.com

---

June 6, 2019

**Via ECF**

Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Porretti v. Baez*
     Case No. 19-cv-1955

Dear Judge Dearie,

I represent Respondent, Yanira Baez, in the above-referenced matter.  I submit this joint letter on behalf of both parties, with the consent of Respondent's counsel, Mr. Ross, respectfully requesting an adjournment of tomorrow's conference at 2:30pm.

As we discussed at our last court appearance, the parties and their respective counsel have been working to produce and translate numerous documents from Mexico.  Mr. Ross and I spoke earlier today and we both agreed that we needed additional time to get all of the documents we need.  We also discussed meeting to avoid duplications of translations, which are costly for our clients.

We are therefore requesting that tomorrow's conference be adjourned, in order not to waste the court's time, and that a telephone conference be scheduled in the near future so we can inform the court as to our continued progress.

Thank you for your consideration and courtesy in this matter.  We remain available if the Court would like any further conversation on this issue.

Respectfully Submitted,

*Richard Min*

Richard Min, Esq.

cc:   Steven B. Ross, Esq. (via ECF)