UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MARTIN PORRETTI,

                                                                         JUDGMENT
                                                                         19 CV 1955 (RJD)

                              Petitioner,

        -against-

YANIRA BAEZ,

                              Respondent.
---------------------------------------------------------------X

        An Opinion and Order of Honorable Raymond J. Dearie, United States District Judge having been filed on October 30, 2019, denying Mr. Porretii's petition; it is

        ORDERED and ADJUDGED that Mr. Porretti's petition is denied; and that this case is closed.

Dated: Brooklyn, New York                                               Douglas C. Palmer
       November 1, 2019                                                 Clerk of Court

                                                                      by:     */s/ Jalitza Poveda*
                                                                              Deputy Clerk